**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2182**

ABRAHAM G. PINZON,

Plaintiff - Appellant,

v.

SOCIAL SECURITY ADMINISTRATION; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, Medi-cal program; ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS FOR THE U.S. COURTS OF CALIFORNIA; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MENDOCINO COUNTY HEALTH & HUMAN SERVICES AGENCY,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-02714-JRR)

Submitted:  February 27, 2024                    Decided:  February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abraham G. Pinzon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abraham G. Pinzon appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Pinzon v. Soc. Sec. Admin.*, No. 1:23-cv-02714-JRR (D. Md. Oct. 12, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
